Rafey S. Balabanian
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

JOSE GOMEZ

Plaintiff(s)

v.

CAMPBELL-EWALD COMPANY

Defendant(s).

CASE NUMBER
CV10-2007 DMG (CWx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
[# 12]

The Court, having reviewed the accompanying Application of ____Rafey S. Balabanian____,
*Applicant=s Name*

of ____Edelson McGuire, LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654____
*Firm Name / Address*

____312-589-6370____                                                                ____rbalabanian@edelson.com____
*Telephone Number*                                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X Plaintiff    Defendant

____Jose Gomez____

and the designation of ____Sean Reis       184044____
*Local Counsel Designee /State Bar Number*

of ____Edelson McGuire, LLP       30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688____
*Local Counsel Firm / Address*

____(949) 459-2124____                                                              ____sreis@edelson.com____
*Telephone Number*                                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

✓ GRANTED ($185.°° fee paid 7-8-10; Receipt # 2010-685503)

__ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated: 7/12/10

*U. S. District Judge/~~U.S. Magistrate Judge~~*