1  Michael L. Mallow (State Bar No. 188745)
   mmallow@loeb.com
2  Laura A. Wytsma (State Bar No. 189527)
   lwytsma@loeb.com
3  Christine M. Reilly (State Bar No. 226388)
   creilly@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
5  Los Angeles, California 90067-4120
   Telephone:  (310) 282-2000
6  Facsimile:  (310) 282-2200

7  Attorneys for Defendant
   Campbell-Ewald Company
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | JOSE GOMEZ, individually and on behalf of a class of similarly situated individuals, | Case No. CV10-2007-DMG (CWx) |
| --- | --- |
| | Assigned to Hon. Dolly M. Gee |
| Plaintiff, | |
| v. | OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |
| CAMPBELL-EWALD COMPANY, a Delaware corporation, | |
| Defendant. | |

1.     Pursuant to Federal Rule of Civil Procedure 68, Defendant Campbell-Ewald Company ("C-E") hereby offers to allow judgment to be entered against it in this action in the amount of $1503 for each unsolicited text message that plaintiff Jose Gomez ("Gomez") allegedly received from or on behalf of C-E.  In addition, C-E agrees to pay Gomez for any costs which are recoverable in this action, as determined by the Court.

2.     This offer of judgment includes $1503 per text message ($501 trebled) that Gomez has requested as damages for alleged violation of the Telephone Consumer Protection Act ("TCPA").  Gomez has alleged that he received one text message from or on behalf of C-E on May 11, 2006.  C-E will pay Mr. Gomez $1503 for the alleged text message.

3.     C-E will pay an additional $1503 per text message for any other unsolicited text messages that Mr. Gomez alleges were sent to him in the "several months" following May 11, 2006, as alleged in Paragraph 18 of his complaint, provided that Mr. Gomez and his counsel have a reasonable belief satisfying Federal Rule of Civil Procedure 11 that such messages were sent by or on behalf of C-E.

4.     Campbell-Ewald further offers to pay for any and all reasonable costs allowable under law incurred by Gomez or his attorneys in this matter.  Gomez must file a Notice of Application to the Clerk to Tax Costs pursuant to Local Rule 54-2 to recover such costs.  Attorneys' fees are not recoverable under the TCPA.

5.     Campbell-Ewald further offers to allow the Court to enter an injunction in the form proposed in Exhibit 1.

6.     This offer is intended to fully satisfy the individual claims of Gomez asserted in this action or which could have been asserted in this action.

7.     Pursuant to Federal Rule of Civil Procedure 68, this offer of judgment is made at least fourteen days before the date set for trial.  This offer shall be deemed withdrawn unless written notice of acceptance is received within fourteen days of service.

1   8.   This offer of judgment is made for purposes of Rule 68 only and shall not constitute or otherwise be construed as an admission of liability in any respect.

Dated: January 5, 2011

LOEB & LOEB LLP
MICHAEL L MALLOW
LAURA A. WYTSMA
CHRISTINE M. REILLY

By     */s/ Laura A. Wytsma*
       Laura A. Wytsma
       Attorneys for Defendant
       CAMPBELL-EWALD COMPANY