Michael L. Mallow (State Bar No. 188745)
mmallow@loeb.com
Laura A. Wytsma (State Bar No. 189527)
lwytsma@loeb.com
Christine M. Reilly (State Bar No. 226388)
creilly@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Attorneys for Defendant
Campbell-Ewald Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GOMEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL-EWALD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.: CV 10-2007-DMG (CWx)<br><br>Assigned to Hon. Dolly M. Gee<br><br>**NOTICE OF CONSTITUTIONAL QUESTION RE: THE TELEPHONE CONSUMER PROTECTION ACT AS APPLIED TO NON-COMMERCIAL SPEECH ON BEHALF OF THE UNITED STATES NAVY** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2207498.2
202999-10981

NOTICE OF CONSTITUTIONAL QUESTION RE: THE
TELEPHONE CONSUMER PROTECTION ACT

**TO THE ATTORNEY GENERAL OF THE UNITED STATES, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Civ. P. 5.1, of a challenge to the constitutionality of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A)(iii). Campbell-Ewald Company ("C-E") raises its constitutional challenge to the TCPA in its Memorandum of Points and Authorities in Support of Defendant Campbell-Ewald Company's Motion for Summary Judgment, Dkt. No. 116, a copy of which is attached hereto as Exhibit "A". Specifically, C-E argues that the TCPA is unconstitutional as applied to the non-commercial speech on behalf of the United States Navy at issue in this case.

Dated: March 13, 2012

LOEB & LOEB LLP
MICHAEL L. MALLOW
LAURA A. WYTSMA
CHRISTINE M. REILLY

By: /s/ Christine Reilly
Christine M. Reilly
Attorneys for Defendant
CAMPBELL-EWALD COMPANY

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2207498.2
202999-10981

2

NOTICE OF CONSTITUTIONAL QUESTION RE: THE TELEPHONE CONSUMER PROTECTION ACT