JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GOMEZ, | Case No. CV 10-2007 DMG (CWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAMPBELL-EWALD COMPANY, | |
| Defendant. | |

Pursuant to the Court's February 22, 2013 Order re Defendant's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Campbell-Ewald Company and against Plaintiff Jose Gomez, who shall take nothing.

DATED: February 22, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-