**FILED**

MAR 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE GOMEZ, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CAMPBELL-EWALD COMPANY,<br><br>　　　　Defendant - Appellee. | No. 13-55486<br><br>D.C. No. 2:10-cv-02007-DMG-CW<br>Central District of California, Los Angeles<br><br>ORDER |

Before: BENAVIDES,[*] WARDLAW, and CLIFTON, Circuit Judges.

　　The United States Supreme Court has affirmed the Ninth Circuit decision in this appeal.

　　The mandate shall issue forthwith.

　　**IT IS SO ORDERED.**

---

　　[*] The Honorable Fortunato P. Benavides, Senior Circuit Judge for the U.S. Court of Appeals for the Fifth Circuit, sitting by designation.