David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

*Attorneys for Plaintiff*

Laura A. Wytsma (Bar No. 189527)
lwytsma@loeb.com
Meredith J. Siller (Bar No. 278293)
msiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067-4120
Tel: (310) 282-2000
Fax: (310) 282-2200

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GOMEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPBELL-EWALD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 10-CV-02007-DMG-AJW<br><br>**STIPULATION OF CASE DISMISSAL**<br><br>Hon. Dolly M. Gee<br><br>Magistrate Judge Andrew J. Wistrich |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Gomez and Defendant Campbell-Ewald Company, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims, if any, of the members of the putative class.

**IT IS SO STIPULATED.**

Dated: May 5, 2017

MCGUIRE LAW, P.C.
By: /s/ Evan M. Meyers
    Evan M. Meyers

Evan M. Meyers (*pro hac vice*)
emeyers@mcgpc.com
Paul T. Geske (*pro hac vice*)
pgeske@mcgpc.com
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002

Michael J. McMorrow (*pro hac vice*)
mike@mjmcmorrow.com
MCMORROW LAW, P.C.
One North LaSalle Street, 44th Floor
Chicago, IL 60602
Tel: (312) 265-0708

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com

|   |   |
|---|---|
|   | PARISI & HAVENS LLP |
|   | 212 Marine Street, Ste. 100 |
|   | Santa Monica, CA 90405 |
|   | Tel: (818) 990-1299 |
|   | *Attorneys for Plaintiff JOSE GOMEZ and the putative class* |
| Dated: May 5, 2017 | LOEB & LOEB LLP |
|   | By: /s/ Laura A. Wytsma |
|   |     Laura A. Wytsma |
|   | Laura A. Wytsma (Bar No. 189527) |
|   | lwytsma@loeb.com |
|   | Meredith J. Siller (Bar No. 278293) |
|   | msiller@loeb.com |
|   | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd, Suite 2200 |
|   | Los Angeles, CA 90067-4120 |
|   | Tel: (310) 282-2000 |
|   | *Attorneys for Defendant CAMPBELL-EWALD COMPANY* |